

1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK S. ADAMS, ESQ.
4  CA State Bar No. 78706
   DAVID D. CHENG, ESQ.
5  CA State Bar No. 184760
   **Attorneys for Plaintiff, Kimberly Beagle**
6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 KIMBERLY BEAGLE,

11       Plaintiff,                      Case No.:

12 vs.                                   **EMPLOYMENT DISCRIMINATION
                                         COMPLAINT**
13 RITE AID CORPORATION, a corporation;
   and DOES 1-100, inclusive,           1.  **SEXUAL HARASSMENT**
14                                       2.  **DISABILITY HARASSMENT**
                                         3.  **SEX DISCRIMINATION**
15       Defendants.                     4.  **FAILURE TO PREVENT
                                             DISCRIMINATION & HARASSMENT**
16                                       5.  **RETALIATION (FEHA)**
                                         6.  **WRONGFUL TERMINATION**
17                                       7.  **RETALIATION (§ 1102.5)**
                                         8.  **ASSAULT**
18                                       9.  **BATTERY**
                                         10. **SEXUAL ASSAULT & BATTERY**
19                                       11. **INTENTIONAL INFLICTION OF
                                             EMOTIONAL DISTRESS**
20                                       12. **INVASION OF PRIVACY**

21                                       **JURY TRIAL DEMANDED**

22       Plaintiff, KIMBERLY BEAGLE, brings this action against RITE AID CORPORATION,

23 and Does 1-100 for general, compensatory, punitive, and statutory damages, costs and attorneys'

24 fees, resulting from defendant's unlawful and tortuous conduct, as ground therefore alleges:

25                              **PARTIES**

26       1.      Plaintiff, KIMBERLY BEAGLE (hereinafter "BEAGLE") is an individual and

27 was at all times relevant herein a resident of Humboldt County, California.  BEAGLE is

28

Complaint For Damages
Page 1 of 22

1   currently a resident of Riverside County, California. At all times relevant hereto, BEAGLE was

2   employed in Humboldt County, California, a female, and an "employee" as defined by California

3   Government Code Section 12926.

4   2.   BEAGLE is informed and believes and thereon alleges that Defendant, RITE AID

5   CORPORATION (hereinafter "RITE AID") is incorporated in the State of Delaware, maintains

6   its principle place of business in the State of Pennsylvania at 30 Hunter Lane, Camp Hill,

7   Pennsylvania 17011, is one of the nation's leading drugstore chains, operating more than 5,000

8   stores in 31 states, including the State of California, and the District of Columbia, and is the

9   largest drug store chain on the East Coast and the third largest drug store chain in the United

10  States. BEAGLE is informed and believes and thereon alleges that RITE AID is an "employer"

11  as defined by Government Code Sections 12926(d), 12940(a), and 12940(j)(4)(A). RITE AID

12  and Does 1-100 are referred to collectively as "Defendants."

13  3.   This action is of a civil nature involving, exclusive of interest and costs, a sum in

14  excess of $75,000. Every issue of law and fact in this action is wholly between citizens of

15  different states and/or a citizen of a foreign state.

16  4.   The acts and omissions of Defendants alleged herein, except as otherwise noted,

17  occurred in Humboldt County, California.

18  5.   BEAGLE is not aware of the true names and capacities of the Defendants sued

19  herein as Does 1 through 100, inclusive, whether individual, corporate, associate, or otherwise,

20  and therefore sues such Defendants by such fictitious names. BEAGLE will amend this

21  Complaint to allege their true names and capacities when ascertained. BEAGLE is informed and

22  believes, and on that basis alleges, that each of the fictitiously named Defendants is responsible

23  in some manner for the occurrences herein alleged and that BEAGLE'S injuries and damages

24  herein alleged were legally caused by such Defendants. Unless otherwise indicated, each

25  Defendant was acting within the course and scope of said agency and/or employment, with the

26  knowledge and/or consent of said Co-Defendant.

27

28

1    6.    BEAGLE is informed and believes and thereupon alleges that at all times

2    mentioned herein, each of the Defendants, including each Doe Defendant, was acting as the

3    agent, servant, employee, partner and/or joint venturer of and was acting in concert with each of

4    the remaining Defendants, including each Doe Defendant, in doing the things herein alleged,

5    while at all times acting within the course and scope of such agency, service, employment

6    partnership, joint venture and/or concert of action.  Each Defendant, in doing the acts alleged

7    herein, was acting both individually and within the course and scope of such agency and/or

8    employment, with the knowledge and/or consent of the remaining Defendants.

9                              **VENUE AND JURISDICTION**

10    7.    Venue is proper in this court, because the acts and omissions of Defendants

11    alleged herein, except as otherwise noted, occurred in Humboldt County, California . Jurisdiction

12    is proper pursuant to 28 U.S.C.  Section 1332

13                              **GENERAL ALLEGATIONS**

14    8.    BEAGLE, a female in her early forties (40's), began working for RITE AID on or

15    about August 1998 as a Sales Clerk/Cashier at the RITE AID drug store located at 725 South

16    Fortuna Blvd. in Fortuna, California.  At the time of her termination, BEAGLE earned $11.35

17    per hour.

18    9.    BEAGLE is informed and believes and thereon alleges Chris Young became a

19    RITE AID employee at the Fortuna, California store on or about 2000.  Chris Young was

20    promoted to Shift Supervisor on or about April 17, 2005.  Chris Young was a "supervisor"

21    within the meaning of California Government Code Section 12926(r), is the alleged harasser

22    herein, and exercised substantial discretionary authority over significant aspects of RITE AID'S

23    business before being fired by RITE AID on or about August 2005.

24    10.    Within the first year that Chris Young began his employment with RITE AID,

25    BEAGLE was subjected to Chris Young's lewd and derogatory sexual behavior and comments.

26    BEAGLE also witnessed Chris Young checking out the attractive women, particularly those with

27    large breasts or scantily clothed, that entered the store.  While looking at the women, Chris

28

1  Young would widen his eyes and stare and in no way attempted to hide his sexual attraction and
2  excitement for such women.  Chris Young later also remarked about having fantasies about
3  particular women that entered the store.  Such conduct continued by Chris Young throughout
4  BEAGLE'S employment at RITE AID.  Chris Young also discussed his sexual history, or lack
5  thereof with BEAGLE, often flexing his bicep and referring it to his "jack off muscle."  While
6  flexing his self-declared "jack-off muscle" Chris Young told BEAGLE "I never get laid, this is
7  my jack off muscle" or words to that effect.

8       11.    On one occasion, on or about April 2005, Chris Young took a piece of wood that
9  had come off a wood pallet and stuck it between his legs near his intimate area.  While thrusting
10 the piece of wood towards BEAGLE, who was walking in the hallway towards her locker, Chris
11 Young stated, in a sexually derogatory manner, "Hey Kim, do you want some of my wood," or
12 words to that effect.

13      12.    During her employ with RITE AID, BEAGLE complained to the Assistant
14 Manager, Leslie Pogh about Chris Young's behavior, including a complaint approximately six
15 months before Chris Young was promoted.  BEAGLE also complained to Leslie Pogh about
16 Chris Young's behavior the same day that Chris Young thrust the wood pallet piece towards her
17 body.  BEAGLE did not direct her complaints to the store manager, Leon Comerer, because she
18 feared that he would react angrily or retaliate against her, and it was the common practice in the
19 store to direct such complaints or concerns to Leslie Pogh.

20      12.    Despite her complaints to Leslie Pogh, to the best of BEAGLE'S knowledge,
21 RITE AID did nothing to investigate BEAGLE'S claim, remedy the harassment, prevent further
22 harassment or retaliation, or discourage or discipline Chris Young for his actions.  Rather, RITE
23 AID promoted Chris Young to a Shift Supervisor, and Chris Young's lewd and derogatory
24 behavior and comments continued, and escalated as set forth below on July 6, 2005.

25      13.    On or about July 6, 2005, towards the end of her shift, BEAGLE was working in
26 the photo department of the RITE AID store in Fortuna, California.  At that time, Chris Young
27 was also overseeing the photo department and noticed a young woman enter the store.  Chris

28

Complaint For Damages
Page 4 of 22

1  Young then commented to Beagle that the young woman was "hot", that he had seen her and

2  friend come into the store before and that he had been having lesbian fantasies about them. The

3  young woman then proceeded to the photo department where BEAGLE assisted her. After the

4  transaction was complete, BEAGLE accidentally dropped her pen on the floor. While BEAGLE

5  was bent over picking up her pen, Chris Young positioned himself next to her and as BEAGLE

6  was returning to a standing position, Chris Young pushed BEAGLE'S head back down in

7  between his legs and into his intimate area. While pushing her head, Chris Young stated, "I like

8  you better down there," or words to that effect. BEAGLE was instantly offended by Chris

9  Young's actions and told Chris Young that he could not behave like that. BEAGLE then clocked

10  out to go home, as it was the end of her shift.

11          14.     On or about July 8, 2005, BEAGLE returned to work for the first time after the

12  incident and immediately reported the July 6, 2005 incident concerning Chris Young to the Store

13  Manager, Leon Comerer. Despite her report, Leon Comerer did not take her complaint seriously.

14  Leon Comerer displayed his lack of concern by rolling his eyes and laughing as she told the

15  story. Before leaving Leon Comerer's office, BEAGLE told Leon Comerer that he needed to do

16  something about Chris Young. Leon Comerer, stated that he was leaving that day to go on

17  vacation and told BEAGLE, "You girls just gotta get to work." After Leon Comerer left for his

18  vacation at approximately 11:45 a.m., Chris Young reported to work at approximately 12:00 p.m.

19  After Chris Young's arrival, it soon became obvious to BEAGLE that no one at RITE AID had

20  addressed Chris Young about her complaint. Feeling uncomfortable working with Chris Young

21  and feeling a lack of support from RITE AID, BEAGLE informed Chris Young, the sole

22  supervisor on duty, that she could not work that day and she went home. The next day,

23  BEAGLE went to the doctor after being told by RITE AID supervisor, Cinda Hussey that despite

24  her complaint against Chris Young that RITE AID did not appear to be addressing, that she

25  needed a doctor's note in order to be excused from work. At the emergency room in Eureka,

26  BEAGLE was evaluated, diagnosed with neck strain and social strain, and was given a note to be

27  excused from work.

28

1    15.    On or about July 9, 2005 while BEAGLE was undergoing treatment at the

2    emergency room, Chris Young's behavior as set forth above was reported to the Fortuna Police

3    Department.

4    16.    After reporting the sexual harassment, RITE AID failed to take appropriate action

5    in sensitizing all concerned. RITE AID allowed rumors and hostility to develop in the Fortuna

6    and Eureka stores against BEAGLE. The Store Manager, Leon Comerer told other employees

7    and customers that he was terminated because of BEAGLE'S complaints of harassment. Store

8    employees also gossiped about the complaints of harassment, and soon BEAGLE'S complaint

9    was well known among her co-employees, as well as the residents of the small town of Fortuna.

10    Employees also blamed BEAGLE for complaining of sexual harassment and the firing of Leon

11    Comerer, as well as Chris Young. Because of the hostility, BEAGLE began to fear for own

12    safety when leaving her home and was anxious that she might see Leon Comerer or other store

13    employees. BEAGLE was terrified to return to work, as it was apparent that RITE AID had

14    taken a "blame the victim" approach to her complaints and/or failed to prevent such an approach

15    from developing among the employees and management.

16    17.    As a result of the harassment and retaliation, BEAGLE was diagnosed with post

17    traumatic stress disorder, anxiety, depression, trouble sleeping, possible occasional panic attacks,

18    avoidance and feelings of abandonment; was prescribed medication; and put on medical leave by

19    her doctors. BEAGLE had her medical prescriptions filled at the RITE AID store in Fortuna.

20    Although she believed the information concerning the medications would remain confidential,

21    BEAGLE later learned that an employee in the pharmacy department told other non-pharmacy

22    RITE AID employees the type of medication that BEAGLE was taking. When she discovered

23    that the type of medication she was taking had become public knowledge among the employees

24    at the RITE AID store in Fortuna, BEAGLE complained to RITE AID about the disclosure of

25    this private information.

26    18.    BEAGLE returned to the RITE AID store in Fortuna, California on or about

27    August 2005 to have her son drop off her doctor's notes to the supervisor on duty. BEAGLE

28

1    remained in the car to avoid any social distress involved in returning to the store and being put
2    into a position where she would have to confront Chris Young or other store employees. After
3    receiving the doctor's note, Cinda Hussey, the supervisor on duty, came out of the store and
4    confronted BEAGLE. Cinda Hussey accused BEAGLE of forging the doctor's signature and
5    thereafter crumpled up the doctor's note and threw it in BEAGLE'S face.

6          19.    Because of the continued harassment and retaliation against her BEAGLE did not
7    return to work at the RITE AID store in Fortuna. Due to the hostile work environment at the
8    RITE AID store in Fortuna, and acting upon the advice of her union representative, BEAGLE
9    requested a transfer to the Eureka store. In response to her request to transfer, Human Resources
10   Manager, Steve Shipman told BEAGLE over the telephone that such a transfer would likely be
11   impossible because of seniority issues. BEAGLE never heard any other response to her request
12   to transfer until over a year later while BEAGLE'S claims, as set forth herein, were pending with
13   the California Department of Fair Employment and Housing (hereinafter "DFEH") and the
14   DFEH was trying to arrange a settlement. DFEH was unable to arrange a settlement and
15   thereafter closed their investigation of BEAGLE'S claims. RITE AID terminated BEAGLE on
16   or about April 2007, or approximately five days after the DFEH closed their investigation of
17   BEAGLE'S claims.

18         20.    On June 9, 2006, BEAGLE filed a complaint of discrimination with the DFEH,
19   naming each of the above-named Defendants as respondents and/or in the body of the charge.
20   On February 7, 2007, BEAGLE filed an Amended complaint of discrimination, naming each of
21   the above-named Defendants as respondents and/or in the body of the charge with the DFEH.

22         21.    On April 3, 2007, the DFEH issued BEAGLE a "Notice of Case Closure" that
23   operates as a "Right To Sue Notice" against each of the above-named Defendants. BEAGLE
24   filed this action within one year of the date of the "Right To Sue Notice" received from the
25   DFEH, and has, therefore, properly exhausted her administrative remedies.

26         22.    On February 6, 2008 and March 5, 2008, BEAGLE served each of the foregoing
27   Defendants with a copy of the respective DFEH charges and respective "Notice of Case Closure"

28

1   via certified mail with return receipt requested. On June 22, 2006, the DFEH served a copy of

2   BEAGLE'S complaint of discrimination on RITE AID via certified mail with return receipt

3   requested. Since then, informal efforts to resolve this matter were unsuccessful and BEAGLE

4   was left no choice but to file this lawsuit to obtain appropriate redress.

5       23.    The list of misconduct by RITE AID, its employees and/or agents and others

6   contained in the above allegations is a partial list only, and by way of example.

7       24.    Since her termination from RITE AID, BEAGLE has suffered economic damages,

8   including loss of wages, loss of benefits, medical expenses and other past and future economic

9   damages. BEAGLE has suffered severe emotional distress and physical symptoms as a result of

10  this prolonged harassment, retaliation and termination of employment, such as fear, anxiety, loss

11  of sleep, weight loss, nightmares, depression, hopelessness, embarrassment, humiliation, loss of

12  self-esteem, among other things. As a further result of the wrongful acts of Defendants, and each

13  of them BEAGLE has been forced to hire attorneys to prosecute her claims herein, and has

14  incurred and is expected to incur attorneys' fees and costs in connection therewith.

### FIRST CAUSE OF ACTION
### VIOLATION OF GOVERNMENT CODE § 12940(j)
### (Sexual Harassment)
### Against RITE AID and DOES 1-10

19      25.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 24

20  above as though fully set forth herein, except as said paragraphs are inconsistent with the

21  allegations of this cause of action.

22      26.    FEHA explicitly prohibits an employer or any other person from harassing an

23  employee on the basis of sex pursuant to Government Code Section 12940(j). FEHA, under

24  Government Code Section 12940 (j)(1), also provides that harassment by an employee, other

25  than an agent or supervisor, shall be unlawful if the entity, or its agents or supervisors knows or

26  should have known of the conduct and fails to take immediate and appropriate corrective action.

27

28

1   27.   Defendant, RITE AID at all times material hereto was BEAGLE'S employer
2   pursuant to Government Code Section 12940(j)(4) and was therefore barred from harassing its
3   employees on the basis of sex pursuant to Government Code Section 12940(j).

4   28.   Defendants' sexual harassment as set forth above created an abusive working
5   environment in violation of Government Code Section 12940(j). Defendants and each of them
6   and/or their agents/employees sexually harassed plaintiff and/or failed to take immediate and
7   appropriate corrective action. The harassment was sufficiently pervasive and severe as to alter
8   the conditions of employment and to create a hostile or abusive work environment. In addition,
9   Defendants, and each of them and/or their agents/employees engaged in quid pro quo
10  harassment.

11  29.   As a direct and legal result of Defendants' harassment and the resulting hostile
12  work environment, BEAGLE has suffered great mental, physical, and nervous discomfort,
13  annoyance, distress, anguish, worry, fear, anxiety, pain and suffering, has lost income and related
14  benefits, past and future, and medical expenses.

15  30.   The acts taken toward BEAGLE were carried out by and/or ratified by Defendants
16  and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,
17  malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,
18  thereby justifying an award to her of punitive damages in a sum appropriate to punish and make
19  an example of Defendants, and each of them.

20  31.   Wherefore, BEAGLE has been damaged as set forth below and requests relief as
21  hereafter provided.

22
23                    **SECOND CAUSE OF ACTION**
                **VIOLATION OF GOVERNMENT CODE § 12940(j)**
24                    **(Disability Harassment)**
                    **Against RITE AID and DOES 11-20**
25
26  32.   BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 31
27  above as though fully set forth herein, except as said paragraphs are inconsistent with the
28  allegations of this cause of action.

Complaint For Damages
Page 9 of 22

1    33.    FEHA explicitly prohibits any employer or any other person from harassing an

2   employee on the basis of a physical or mental disability pursuant to Government Code Section

3   12940(j). FEHA, under Government Code Section 12940 (j)(1), also provides that harassment

4   by an employee, other than an agent or supervisor, shall be unlawful if the entity, or its agents or

5   supervisors knows or should have known of the conduct and fails to take immediate and

6   appropriate corrective action.

7    34.    Defendant, RITE AID at all times material hereto was BEAGLE'S employer

8   pursuant to Government Code Section 12940(j)(4) and was therefore barred from harassing its

9   employees on the basis of a physical or mental disability pursuant to Government Code Section

10   12940(j).

11    35.    At all times during her employment with RITE AID, BEAGLE suffered from a

12   physical and/or mental disability that limited her ability to participate in major life activities,

13   including without limitation, working.

14    36.    Defendants' disability harassment as set forth above created an abusive working

15   environment in violation of Government Code Section 12940(j). Defendants and each of them

16   and/or their agents/employees harassed plaintiff and/or failed to take immediate and appropriate

17   corrective action. The harassment was sufficiently pervasive and severe as to alter the conditions

18   of employment and to create a hostile or abusive work environment.

19    37.    As a direct and legal result of Defendants' harassment and the resulting hostile

20   work environment, BEAGLE has suffered great mental, physical, and nervous discomfort,

21   annoyance, distress, anguish, fear, worry, anxiety, pain and suffering, has lost income and related

22   benefits, past and future, and medical expenses.

23    38.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

24   and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

25   malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

26   thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

27   an example of Defendants, and each of them.

28

1    39.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

2    hereafter provided.

3

4                        **THIRD CAUSE OF ACTION**
                     **VIOLATION OF GOVERNMENT CODE § 12940(a)**
5                              **(Sex Discrimination)**
                       **Against RITE AID and DOES 21-30**

6

7    40.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 39

8    above as though fully set forth herein, except as said paragraphs are inconsistent with the

9    allegations of this cause of action.

10   41.    FEHA explicitly prohibits any employer from discharging a person from

11   employment or to discriminate against such person in compensation or in terms, conditions or

12   privileges of employment on the basis of sex pursuant to Government Code Section 12940(a).

13   42.    Defendant, RITE AID at all times material hereto was BEAGLE'S employer

14   pursuant to Government Code Section 12926(d) and was therefore barred from discriminating in

15   its employment decisions on the basis of sex pursuant to Government Code Section 12940(a).

16   43.    At all times herein mentioned, BEAGLE was qualified for the position of a sales

17   clerk/cashier at RITE AID.

18   44.    Nonetheless, as set forth above, RITE AID terminated BEAGLE based upon her

19   sex in violation of Government Code Section 12940(a).

20   45.    As a direct and legal result of Defendants' discriminatory actions against her,

21   BEAGLE has suffered great mental, physical, and nervous discomfort, annoyance, distress,

22   anguish, fear, worry, anxiety, pain and suffering, has lost income and related benefits, past and

23   future, and medical expenses. .

24   46.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

25   and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

26   malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

27   thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

28   an example of Defendants, and each of them.

1    47.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

2  hereafter provided.

### FOURTH CAUSE OF ACTION
### VIOLATION OF GOVERNMENT CODE § 12940(k)
### (Failure to Prevent Discrimination and Harassment)
### Against RITE AID and DOES 31-40

6    48.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 47

7  above as though fully set forth herein, except as said paragraphs are inconsistent with the

8  allegations of this cause of action.

9    49.    FEHA, under Government Code Section 12940(k), requires an employer to "take

10  all reasonable steps necessary to prevent discrimination and harassment from occurring."

11    50.    Defendant, RITE AID at all times material hereto was BEAGLE'S employer

12  pursuant to Government Code Section 12926(d), and was therefore required to prevent

13  discrimination and harassment as set forth in Government Code Section 12940(k).

14    51.    RITE AID knew or should have known of the hostile work environment created

15  by Chris Young and DOES 31-40s', harassment and discrimination. Among other things,

16  BEAGLE reported Chris Young's harassing and discriminatory conduct to Assistant Manager,

17  Leslie Pogh and Store Manager, Leon Comerer, but was ignored, as set forth above.

18    52.    Nonetheless, RITE AID did nothing to rectify said discrimination and harassment,

19  and failed to take all reasonable steps to prevent harassment from occurring in violation of

20  Government Code Section 12940(j)(1) and (k). RITE AID failed to affirmatively raise the

21  subject of harassment, failed to express strong disapproval, failed to develop appropriate

22  sanctions, and failed to inform employees how to raise and pursue their legal rights to be free

23  from sexual harassment, and/or failed to sensitize all concerned. Instead, RITE AID allowed a

24  hostile environment to develop against BEAGLE and then terminated BEAGLE.

25    53.    As a direct and legal result of Defendants' discriminatory and harassing actions

26  against her, BEAGLE has suffered great mental, physical, and nervous discomfort, annoyance,

27

28

1 | distress, anguish, fear, worry, anxiety, pain and suffering, and lost income and related benefits,

2 | past and future, and medical expenses.

3 | 54.     The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

4 | and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

5 | malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

6 | thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

7 | an example of Defendants, and each of them.

8 | 55.     Wherefore, BEAGLE has been damaged as set forth below and requests relief as

9 | hereafter provided.

10

11 | **FIFTH CAUSE OF ACTION**
**VIOLATION OF GOVERNMENT CODE SECTION 12940(h)**

12 | **(Retaliation For Opposing Discrimination And Harassment)**
**Against RITE AID and DOES 41-50**

13

14 | 56.     BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 55

15 | above as though fully set forth herein, except as said paragraphs are inconsistent with the

16 | allegations of this cause of action.

17 | 57.     FEHA explicitly prohibits an employer or person from discharging, expelling, or

18 | otherwise discriminating against any person because the person has opposed any practices

19 | forbidden under FEHA or because the person has filed a complaint, testified or assisted in any

20 | proceeding under FEHA pursuant to Government Code Section 12940(h).

21 | 58.     Defendant, RITE AID at all times material hereto was BEAGLE'S employer

22 | pursuant to Government Code Section 12926(d) and was therefore barred from retaliating against

23 | its employees pursuant to Government Code Section 12940(h).

24 | 59.     At all relevant times herein and in violation of Government Code Section

25 | 12940(h), Defendants and each of them, and/or their agents/employees, as set forth above

26 | retaliated against BEAGLE by adversely affecting BEAGLE'S employment after she

27 | complained about and/or opposed harassment and discrimination on the basis of sex.  As a result

28

Complaint For Damages
Page 13 of 22

1  of said opposition, BEAGLE suffered the adverse employment actions as described above,

2  including termination. There is a causal link between BEAGLE'S protected opposition to

3  harassment and discrimination and the adverse employment action in that, inter alia, the

4  retaliation commenced and/or intensified shortly after each act of opposition or complaint.

5  60.    As a direct and legal result of Defendants' retaliation, BEAGLE has suffered

6  great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear, worry,

7  anxiety, pain and suffering, has lost income and related benefits, past and future, and medical

8  expenses.

9  61.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

10  and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

11  malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

12  thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

13  an example of Defendants, and each of them.

14  62.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

15  hereafter provided.

16

17  **SIXTH CAUSE OF ACTION**
   **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**
18  **Against RITE AID and DOES 51-60**

19  63.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 62

20  above as though fully set forth herein, except as said paragraphs are inconsistent with the

21  allegations of this cause of action.

22  64.    Government Code Section 12940 and Article 1, Section 8 of the California

23  Constitution (see Eleventh Cause of Action) each embody a fundamental, substantial, and well-

24  established public policy of the State of California prohibiting any employer from discharging a

25  person from employment or from a training program leading to employment or to discriminate

26  against the person in compensation or in terms, conditions or privileges of employment on the

27  basis of sex.

28

Complaint For Damages
Page 14 of 22

1    65.    As set forth above, Defendants violated the above fundamental public policy by

2    discriminating against, harassing, and terminating BEAGLE on the basis of sex and/or a physical

3    or mental disability.

4    66.    As a direct and proximate result of Defendants' discriminatory actions against

5    her, BEAGLE has suffered great mental, physical, and nervous discomfort, annoyance, distress,

6    anguish, fear, worry, anxiety, pain and suffering, has lost income and related benefits, past and

7    future, and medical expenses.

8    67.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

9    and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

10   malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

11   thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

12   an example of Defendants, and each of them.

13   68.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

14   hereafter provided.

15

16   **SEVENTH CAUSE OF ACTION**
     **RETALIATION IN VIOLATION OF LABOR CODE SECTION 1102.5**
17   **Against RITE AID DOES 61-70**

18   69.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 68

19   above as though fully set forth herein, except as said paragraphs are inconsistent with the

20   allegations of this cause of action.

21   70.    Labor Code Section 1102.5 explicitly prohibits an employer from retaliating

22   against an employee for disclosing information to a government or law enforcement agency

23   where the employee has reasonable cause to believe that the information discloses a violation of

24   a state or federal statute, or a violation or noncompliance with a state or federal rule or

25   regulation.

26   71.    Defendant, RITE AID at all times material hereto was BEAGLE'S employer.

27   Defendant, RITE AID and/or its agents/employees, as set forth above retaliated against

28   BEAGLE by adversely affecting BEAGLE'S employment after she complained about and/or

Complaint For Damages
Page 15 of 22

1    opposed harassment and discrimination on the basis of sex, race and/or disability to the Stockton

2    Police Department and/or the DFEH. As a result of said report, BEAGLE suffered the adverse

3    employment action as described above, including termination. There is a causal link between

4    BEAGLE'S protected opposition to harassment and discrimination and the adverse employment

5    actions in that, inter alia, the retaliation commenced shortly after her report to the Stockton

6    Police Department and/or the DFEH.

7         72.    As a direct and legal result of Defendants' retaliation, BEAGLE has suffered

8    great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear, worry,

9    anxiety, pain and suffering, has lost income and related benefits, past and future, and medical

10   expenses.

11        73.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

12   and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

13   malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

14   thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

15   an example of Defendants, and each of them.

16        74.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

17   hereafter provided.

18

19                          **EIGHTH CAUSE OF ACTION**
                                     **ASSAULT**
20                      **Against RITE AID and DOES 71-80**

21        75.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 74

22   above as though fully set forth herein, except as said paragraphs are inconsistent with the

23   allegations of this cause of action.

24        76.    The conduct of Defendants and their agents/employees caused BEAGLE to be

25   apprehensive that Defendants would subject her to imminent batteries and/or intentional

26   invasions of her right to be free from offensive and harmful contact, and said conduct

27   demonstrated that Defendants had a present ability to subject BEAGLE to an immediate,

28   intentional, offensive and harmful touching.

Complaint For Damages
Page 16 of 22

1   77.    The remaining Defendants and Does 71-80 ratified the above conduct by

2   condoning such acts and conduct and failing to take any appropriate action.

3   78.    As a direct and legal result of Defendants' aforementioned conduct, BEAGLE has

4   suffered great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear,

5   worry, anxiety, pain and suffering, has lost income and related benefits, past and future, and

6   medical expenses.

7   79.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

8   and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

9   malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

10  thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

11  an example of Defendants, and each of them.

12  80.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

13  hereafter provided.

14

15                           **NINTH CAUSE OF ACTION**
                                    **BATTERY**
16                       **Against RITE AID and DOES 81-90**

17  81.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 80

18  above as though fully set forth herein, except as said paragraphs are inconsistent with the

19  allegations of this cause of action.

20  82.    The conduct of Defendants and their agents/employees as described above,

21  constituted an unconsented and intentional invasion of BEAGLE'S right to be free from

22  offensive and harmful physical contact.

23  83.    The remaining Defendants and Does 81-90 ratified the above conduct by

24  condoning such acts and conduct and failing to take any appropriate action.

25  84.    As a direct and legal result of Defendants' aforementioned conduct, BEAGLE has

26  suffered great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear,

27  worry, anxiety, pain and suffering, has lost income and related benefits, past and future, and

28  medical expenses.

1    85.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

2    and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

3    malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

4    thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

5    an example of Defendants, and each of them.

6    86.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

7    hereafter provided.

8

9    ## TENTH CAUSE OF ACTION
     ## SEXUAL ASSAULT & BATTERY
10   ## Against RITE AID and DOES 91-100

11    87.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 86

12   above as though fully set forth herein, except as said paragraphs are inconsistent with the

13   allegations of this cause of action.

14    88.    Civil Code Section 1708.5(a) provides that a person commits a sexual battery if

15   one does any of the following "(1) Acts with the intent to cause a harmful or offensive contact

16   with an intimate part of another, and a sexually offensive contact with that person directly or

17   indirectly results. (2) Acts with the intent to cause a harmful or offensive contact with another

18   by use of his or her intimate part, and a sexually offensive contact with that person directly or

19   indirectly results. (3) Acts to cause an imminent apprehension of the conduct described in

20   paragraph (1) or (2), and a sexually offensive contact with that person directly or indirectly

21   results."

22    89.    Chris Young's conduct, as set forth above constituted sexual battery in violation

23   of Civil Code Section 1708.5(a). On or about July 6, 2005, Chris Young caused harmful and

24   offensive contact with BEAGLE by shoving her head down in between his legs and in front his

25   intimate area all of the while stating, "I like you better down there," or words to that effect.

26    90.    As a direct and legal result of Defendants' aforementioned conduct, BEAGLE has

27   suffered great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear,

28

1    worry, anxiety, pain and suffering, wage loss, has lost income and related benefits, past and

2    future, and medical expenses.

3    91.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

4    and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

5    malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

6    thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

7    an example of Defendants, and each of them.

8    92.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

9    hereafter provided.

10

11

12

**ELEVENTH**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**Against RITE AID and DOES 1-10**

13    93.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 92

14    above as though fully set forth herein, except as said paragraphs are inconsistent with the

15    allegations of this cause of action.

16    94.    The conduct of Defendants, and each of them, as alleged above, was outrageous

17    and outside the normal scope of the employment relationship. Defendants, and each of them,

18    knew that their conduct would result in BEAGLE'S severe emotional distress, and said conduct

19    was perpetrated by Defendants, and each of them, with the intent to inflict, or with reckless

20    disregard of the probability of inflicting, humiliation, mental anguish, and severe emotional

21    distress upon BEAGLE. Such conduct did, in fact, result in severe emotional distress caused to

22    the BEAGLE.

23    95.    As a direct and legal result of Defendants' aforementioned conduct, BEAGLE has

24    suffered great mental, physical, and nervous discomfort, annoyance, distress, anguish, fear,

25    worry, anxiety, pain and suffering, wage loss, has lost income and related benefits, past and

26    future, and medical expenses.

27

28

1    96.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

2    and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

3    malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

4    thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

5    an example of Defendants, and each of them.

6    97.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

7    hereafter provided.

8

## TWELFTH
9    ## INVASION OF PRIVACY
## Against RITE AID and DOES 11-20
10

11    98.    BEAGLE hereby realleges and incorporates by reference Paragraphs 1 through 97

12    above as though fully set forth herein, except as said paragraphs are inconsistent with the

13    allegations of this cause of action.

14    99.    Article I, Section 1 of the California Constitution guarantees every California

15    citizen the right to privacy. Article I, Section 1 is applicable to private parties, including

16    individual and corporate defendants, as alleged herein. Further, California recognizes a common

17    law tort of invasion of privacy prohibiting, inter alia, intrusion upon seclusion, public disclosure

18    of private facts, and publication of statements placing an individual in a false light.

19    100.    Plaintiff has a legally protected right of seclusion and privacy, as recognized by

20    California common law and Article I, Section 1 of the California Constitution. Defendant, RITE

21    AID intruded upon BEAGLE'S privacy when an employee in the pharmacy department

22    disclosed to other RITE AID employees the names of the medications that BEAGLE was taking

23    while she was on medical leave for the symptoms she was experiencing from the acts of

24    harassment and retaliation as alleged herein above. Plaintiff had a reasonable expectation of

25    privacy in that California and federal law, and Defendant, RITE AID'S own written policies

26    prohibited the conduct as alleged herein above. Defendant, RITE AID'S intrusions were highly

27

28

Complaint For Damages
Page 20 of 22

1    offensive to a reasonable person, and were highly offensive to Plaintiff. Defendant, RITE AID'S

2    conduct constitutes an invasion of privacy.

3        101.    Defendant, RITE AID is liable for its employee's acts under the principle of

4    respondeat superior insofar as Defendant, RITE AID ratified its employees conduct by, inter alia,

5    failing to discipline its employees or otherwise punish his or her actions or deter future conduct

6    by him or her and by retaliating against BEAGLE for opposing the employee's conduct, as

7    described herein above.

8        102.    The above alleged intrusions on BEAGLE'S expectation of privacy is unjustified

9    because, among other things, it does not substantially further any compelling, legitimate interest

10    of Defendants and was, in fact, used to punish and retaliate against BEAGLE for her opposition

11    to harassment and her participation in Defendant, RITE AID'S legally mandated "investigation."

12        103.    As a proximate result of the wrongful acts of Defendants, and each of them,

13    BEAGLE has suffered and continues to suffer great mental, physical, and nervous discomfort,

14    annoyance, distress, anguish, fear, worry, anxiety, pain and suffering, wage loss, has lost income

15    and related benefits, past and future, and medical expenses.

16        104.    The acts taken toward BEAGLE were carried out by and/or ratified by Defendants

17    and/or managing agent employees of Defendants acting in a despicable, oppressive, fraudulent,

18    malicious, deliberate, egregious, and inexcusable manner in order to injure or damage BEAGLE,

19    thereby justifying an award to her of punitive damages in a sum appropriate to punish and make

20    an example of Defendants, and each of them.

21        105.    Wherefore, BEAGLE has been damaged as set forth below and requests relief as

22    hereafter provided.

23                        **DEMAND FOR JURY TRIAL**

24        98.    Plaintiff hereby demands a jury trial.

25    ///

26    ///

27    ///

28

Complaint For Damages
Page 21 of 22

1

**PRAYER FOR RELIEF**

2    WHEREFORE, BEAGLE prays judgment against Defendants as follows:

3    1.    For compensatory and general damages, including lost wages and related benefits,

4        and medical expenses in an amount according to proof, but in excess of the

5        minimum jurisdictional limit of this Court;

6    2.    For punitive and/or exemplary damages;

7    3.    For statutory attorneys' fees and costs, including those available under

8        Government Code Section 12965(b);

9    4.    For prejudgment and post-judgment interest according to any applicable provision

10        of law or as otherwise permitted by law, according to proof;

11    5.    For costs of suit;

12    6.    For such other and further relief as the court deems proper.

13    **DATED:** March 7, 2008            **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

14

15    By _____

16                        MARK S. ADAMS

17

18

19

20

21

22

23

24

25

26

27

28

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

KIMBERLY BEAGLE

## DEFENDANTS

RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant     Cumberland County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

MARK S. ADAMS/DAVID D. CHENG
MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
2453 GRAND CANAL BLVD.
STOCKTON, CA 95207     (209) 477-3833

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 | U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | ☐ 871 IRS—Third Party | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Determination |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | Under Equal Access |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | State Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | |
|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) |

☐ 6 Multidistrict Litigation     ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332
Brief description of cause:
EMPLOYMENT DISCRIMINATION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $     CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND     ☐ SAN JOSE

DATE
MARCH 17, 2008

SIGNATURE OF ATTORNEY OF RECORD

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017164
Cashier ID: almaceh
Transaction Date: 03/19/2008
Payer Name: mayall hurley knutsen smith
------------------------------------
CIVIL FILING FEE
 For: k beagle
 Case/Party: D-CAN-3-08-CV-001517-001
 Amount:      $350.00
------------------------------------
CHECK
 Check/Money Order Num: 23867
 Amt Tendered:  $350.00
------------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:     $0.00

pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.