# United States District Court
NORTHERN DISTRICT OF CALIFORNIA


E-filing

KIMBERLY BEAGLE

v.

RITE AID CORPORATION, a corporation; and
DOES 1-100, inclusive

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**CV 08    1517 PJH**

TO: (Name and address of defendant)

RITE AID CORPORATION, a corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK S. ADAMS, ESQ.
DAVID D. CHENG, ESQ.
MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
2453 GRAND CANAL BLVD.
STOCKTON, CA 95207
TEL: (209) 477-3833

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 19 2008
DATE_____

HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]      DATE |
| Name of SERVER      TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                                  Signature of Server

                                                                       _____
                                                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure