POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| MARK S. ADAMS, ESQ.    SBN 78706<br>MAYALL, HURLEY, KNUTSEN, SMITH & GREEN<br>2453 GRAND CANAL BLVD SECOND FL<br>STOCKTON, CA 95207<br>TELEPHONE NO.: (209) 477-3833    FAX NO: (209) 473-4818<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT<br>STREE ADDRESS: 450 GOLDEN GATE AVE<br>MAILING ADDRESS: 450 GOLDEN GATE AVE<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: KIMBERLY BEAGLE<br>DEFENDANT/RESPONDENT: RITE AID CORPORATION | Case Number:<br>CV08-01517PJH |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of: SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE; STANDING ORDER; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: RITE AID CORPORATION, A CORPORATION

   b. Person served: MARGARET WILSON - AGENT FOR SERVICE OF PROCESS @ CT CORPORATION

4. Address where the party was served: 818 W. 7TH ST. 2ND FL, LOS ANGELES, CA. 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): Apr, 04 2008    (2) at (time): 2:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of :
      RITE AID CORPORATION, A CORPORATION
      under the following Code of Civil Procedure section: CCP 416.10 (corporation)

7. Person who served papers
   a. Name: NICHOLAS E. INECK - ATTORNEY RELATED SERVICES, INC.
   b. Address: 15335 MORRISON ST STE 104, SHERMAN OAKS, CA. 91403-1566
   c. Telephone number: (818) 995-9771
   d. The fee for service was: $ 47.00
   e. I am: (3) registered California process server:

      (i) Employee or independant contractor
      (ii) Registration No.: 281 (S. RAHEB)
      (iii) County: VENTURA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: April 09, 2008

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| MARK S. ADAMS, ESQ.  SBN 78706<br>MAYALL, HURLEY, KNUTSEN, SMITH & GREEN<br>2453 GRAND CANAL BLVD SECOND FL<br>STOCKTON, CA 95207<br>TELEPHONE NO.: (209) 477-3833   FAX NO: (209) 473-4818<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: PLAINTIFF | |
| UNITED STATES DISTRICT COURT/NORTHERN DISTRICT<br>STREET ADDRESS: 450 GOLDEN GATE AVE<br>MAILING ADDRESS: 450 GOLDEN GATE AVE<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: NORTHERN DISTRICT | |
| PLAINTIFF/PETITIONER: KIMBERLY BEAGLE<br>DEFENDANT/RESPONDENT: RITE AID CORPORATION | Case Number:<br>CV08-01517PJH |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

NICHOLAS E. INECK                                    *Nicholas Ineck*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                     (SIGNATURE)

Form Adopted for Mandatory Use             **PROOF OF SERVICE OF SUMMONS**             Code of Civil Procedure, § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]