JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>     Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>     Defendants. | Case No.: CV08-1517-PJH<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Local Rule 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1  Rite Aid Corporation, as a named defendant in this action;
2  Thrifty PayLess, Inc., d.b.a. Rite Aid.
3
4  DATED: April 24, 2008                KELLY, HOCKEL & KLEIN P.C.
5
6                                        /s/ Annmarie M. Liermann
   JONATHAN ALLAN KLEIN
7  ANNMARIE M. LIERMANN
   Attorneys for Defendant
8  RITE AID CORPORATION

PROOF OF SERVICE
*Kimberly Beagle v. Rite Aid Corporation, and DOES 1 to 100, inclusive*
*USDC Northern District Case No.: CV08-1517-PJH*

I, MARIA E. JAIME, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On *April 24, 2008*, I served the following Document: **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the interested parties in said action,

| | |
|---|---|
| Mark S. Adams, Esq.<br>David D. Cheng, Esq.<br>Mayall, Hurley, Knutsen, Smith & Green<br>2453 Grand Canal Blvd., Second floor<br>Stockton, CA 95207-8253<br>***Attorneys for Plaintiff*** | (209) 477-3833 |

__X__   **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

____   **(by personal delivery)** by having a true copy thereof personally delivered to the person listed above by a non-interested party employed by the law firm of Kelly, Herlihy & Klein LLP.

____   **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth above.

____   **(by facsimile transmission as indicated above)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown above. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct and that this declaration was executed on *April 24, 2008* at San Francisco, California.

_____
MARIA E. JAIME

Proof of Service