MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706

Attorneys for Plaintiff, Kimberly Beagle

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: CV08-1517-PJH<br><br>DECLARATION OF MARK S. ADAMS IN OPPOSITION TO MOTION TO DISMISS DISABILITY HARASSMENT CAUSE OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Date: Wednesday, June 4, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 17th Floor |

I, MARK STEPHEN ADAMS, declare that:

1.  I am an attorney at law duly licensed to practice law before all of the courts of the State of California and the United States District Court, Northern District of California, and am a partner with the law firm of Mayall, Hurley, Knutsen, Smith & Green, attorneys of record for Plaintiff, KIMBERLY BEAGLE.

2.  I have personal knowledge of the matters set forth herein and, if called upon to do so, could and would competently testify thereto under oath.

3.  Attached hereto as Exhibit E is a true and correct copy of the declaration that KIMBERLY BEAGLE signed in opposition to the motion to dismiss her second cause of action for disability harassment

1. 4. My office requested that the Department of Fair Employment and Housing (DFEH) send a copy of the file maintained on behalf of KIMBERLY BEAGLE'S complaint of discrimination against RITE AID. In response, the DFEH produced all public records except those they found exempt from disclosure. Upon review of the DFEH file, I found Exhibits A, B, C, and D that are attached to Plaintiff's Request for Judicial Notice. Additionally, I found KIMBERLY BEAGLE'S January 28, 2007 letter to Jackie Jones of the DFEH to be located directly behind her Amended DFEH Complaint of Discrimination (signed January 29, 2007 / Amended File Date February 7, 2006).

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct and that this Declaration was executed this day of May 14, 2008 at Stockton, California.

                                                                             /s/ Mark S. Adam
                                                           MARK S. ADAMS, ESQ.

**EXHIBIT E**

MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706

Attorneys for Plaintiff, Kimberly Beagle

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>    Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: CV08-1517-PJH<br><br>**DECLARATION OF KIMBERLY BEAGLE IN OPPOSITION TO MOTION TO DISMISS DISABILITY HARASSMENT CAUSE OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: Wednesday, June 4, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 17th Floor |

I, KIMBERLY BEAGLE, declare that:

1. I have personal knowledge of the matters set forth herein and, if called upon to do so, could and would competently testify thereto under oath.

2. On or about May 2006, I contacted the Department of Fair Employment and Housing (DFEH) by telephone to complain of the discrimination and harassment that I experienced while employed at the Rite Aid store in Fortuna, California. I told the DFEH employee about the incident that occurred on July 6, 2005, the sexual harassment that I experienced by Chris Young prior to that date, my report of sexual harassment to Rite Aid, and how I was treated poorly by Rite Aid and its employees after making my report and being diagnosed with Post Traumatic Stress Disorder. When I contacted the DFEH, I was not

---

Declaration Of Kimberly Beagle In Opposition To Motion To Dismiss        Case No.: CV08-1517-PJH
Page 1 Of 3

represented by an attorney. As a result, I put my trust in the DFEH to guide me appropriately through the complaint process. After making my report, I was interviewed by a DFEH employee. A DFEH employee prepared my DFEH Complaint of Discrimination and mailed it to me for my signature. Believing the DFEH employee included all that was necessary to make my complaint of discrimination and harassment, I signed the DFEH Complaint of Discrimination on May 31, 2006.

  3.  During the investigation of my complaint, I discovered that the DFEH employee made a mistake when typing up my complaints and inaccurately stated in Section I(D) of "The Particulars Are" section that Chris Young "put his face between my legs" when, in fact, it was Chris Young that pushed my head into his intimate area when I had leaned down to pick up a pen I dropped on the floor. When the DFEH Complaint of Discrimination was first sent to me in late May 2006, I also noticed the inaccuracy and reported it to the DFEH. I thought that the DFEH had made the appropriate change, but I later discovered that they had not. As a result, I spoke to the DFEH about the inaccurate statement in January 2007 and was told by DFEH employee, Jackie Jones, that my DFEH Complaint of Discrimination could be amended to change the inaccurate statement. Again, still not represented by counsel, the DFEH employee, Jackie Jones typed up the Amended DFEH Complaint of Discrimination and sent it to me for my signature.

  4.  At the time the Amended DFEH Complaint of Discrimination was sent to me, DFEH employee, Jackie Jones told me that it was my last chance to make any additions to my complaints of discrimination against Rite Aid. Concerned about her statement, I prepared a letter addressed to Jackie Jones on January 28, 2007. In preparing this letter, I intended to comply with her warning and add to the complaints described in the Amended DFEH Complaint of Discrimination that was sent to me. In the January 28, 2007 letter, I reported that Rite Aid continued to harass me after Chris Young admitted his wrongdoing and was fired. I reported that I was diagnosed with Post Traumatic Stress Disorder and that when I brought my disability papers to my work the supervisor, Cinda threw them in my face and accused me of forging the Doctor's signature. I also reported that Rite Aid denied me sick pay, and that Rite Aid and it's

Declaration Of Kimberly Beagle In Opposition To Motion To Dismiss    Case No.: CV08-1517-PJH
Page 2 Of 3

employees spread lies about me throughout the community that were damaging to me and my children. The next day, I signed the Amended DFEH Complaint of Discrimination and returned it to the DFEH along with my January 28, 2007 letter. I recognize Page 2 of Exhibit A to Plaintiff's Request For Judicial Notice as a true and correct copy of my January 28, 2007 letter to Jackie Jones of the DFEH.

5. After sending the signed Amended DFEH Complaint of Discrimination and January 28, 2007 letter, I was not told by Jackie Jones or anyone else at the DFEH that my January 28, 2007 letter would not be considered effective to add to the Amended DFEH Complaint of Discrimination. Because no one at the DFEH said anything to the contrary, I took this to mean that my letter was appropriate and complied with any applicable requirements for adding to the Amended DFEH Complaint of Discrimination.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct and that this Declaration was executed this day of May 14, 2008 at Fortuna, California.

                          /s/ Kimberly Beagle
                          KIMBERLY BEAGLE