1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK S. ADAMS, ESQ.
4  CA State Bar No. 78706

5  Attorneys for Plaintiff, Kimberly Beagle

6

7

8              UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
9

10  KIMBERLY BEAGLE,                    Case No.:  CV08-1517-PJH

11        Plaintiff,

12  vs.                                 PLAINTIFF'S REQUEST FOR JUDICIAL
                                        NOTICE IN OPPOSITION TO MOTION
13  RITE AID CORPORATION, a corporation; TO DISMISS DISABILITY
    and DOES 1-100, inclusive,          HARASSMENT CAUSE OF ACTION FOR
14                                       LACK OF SUBJECT MATTER
        Defendants.                      JURISDICTION
15
                                        Date:  Wednesday, June 4, 2008
16                                       Time: 9:00 a.m.
                                        Dept.: Courtroom 3, 17th Floor
17

18

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20        Pursuant to Federal Rule of Evidence 201(d), Plaintiff, KIMBERLY BEAGLE

21  (hereinafter, BEAGLE ) requests that the court take judicial notice of the following documents:

22        1.    Portions of the Department of Fair Employment and Housing's (DFEH) file

23  concerning BEAGLE'S complaints against RITE AID, Case #E200506A1323-00-S, including:

24        (a) BEAGLE'S DFEH Amended Complaint of Discrimination (signed January 29, 2007 /

25  Amended File Date February 7, 2006) along with BEAGLE'S January 28, 2007 letter to DFEH

26  employee, Jackie Jones.  A true and correct copy of BEAGLE'S DFEH Amended Complaint of

27

28

1    Discrimination with BEAGLE'S January 28, 2007 letter to Jackie Jones is attached hereto as

2    Exhibit A.

3        (b) The DFEH'S Case Diary Notes for Case #E200506A1323-00-S.   A true and correct

4    copy of the Department of Fair Employment and Housing's Case Diary Notes for Case

5    #E200506A1323-00-S are attached hereto as Exhibit B.

6        (c) BEAGLE'S DFEH Complaint of Discrimination (filed June 9, 2006).  A true and

7    correct copy of BEAGLE'S DFEH Complaint of Discrimination (filed June 9, 2006) is attached

8    hereto as Exhibit C.

9        (d)  BEAGLE'S March 4, 2007 written statement.  A true and correct copy of BEAGLE'S

10   March 4, 2007 written statement is attached hereto as Exhibit D.

11   **DATED:** May 14, 2008

12                               **MAYALL, HURLEY, KNUTSEN, SMITH & GREEN**

13

14                    By _____/s/ Mark S. Adams_____
                              MARK S. ADAMS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**EMPLOYMENT**

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

DFEH #  E200506A1323-00-s

EEOC #  N/A

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
BEAGLE, KIMBERLY (MS.)

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 3430 Hillras | | | | 707-834-8091 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Fortuna | CA | 95540 | Humboldt | 023 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
RITE AID

| ADDRESS | | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 725 Fortuna Blvd. | | | | 707-725-9314 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Fortuna | CA | 95540 | Humboldt | 023 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE  ☒ SEX  ☐ DISABILITY  ☐ RELIGION  ☐ NATIONAL ORIGIN/ANCESTRY  ☐ DENIAL OF FAMILY/MEDICAL LEAVE  ☐ SEXUAL ORIENTATION
☐ COLOR  ☐ AGE  ☐ MARITAL STATUS  ☐ MEDICAL CONDITION (cancer or genetic characteristics) ☐ OTHER (SPECIFY)_____

| NO. OF EMPLOYEES/MEMBERS CODE | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT |
|---|---|---|
| 50,000 | TOOK PLACE (month, day, and year) 07/06/05 | 59 |

THE PARTICULARS ARE:

### AMENDED

I.  During the course of my employment as a Sales Clerk at Rite Aid, I was sexually harassed by Supervisor Chris Young. The last incident occurred on or about July 6, 2005.

II.  I believe I was sexually harassed, which is discrimination on the basis of sex, female. My belief is based on the following:

A.  From approximately February 1, 2005 to July 6, 2005, I was sexually harassed by Supervisor Chris Young. The harassment was of a verbal and physical nature. The harassment created a hostile work environment.

B.  The unwanted sexual advances were witnessed by several co-workers. (names on file with DFEH).

C.  Mr. Young admitted to the harassment. In August 2005, I believe that he may have been terminated after an investigation of harassment allegations by me and other co-workers.

D.  In July 2005, I resisted the sexual harassment of Chris Young, by telling him, "you can't do that', after he shoved my head between his legs.

E.  In July 2005, I reported the sexual harassment of Chris Young, to the store Manager Leon Comerer.

MAILED FOR SIGNATURE January 25, 2007
☐ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

RECEIVED

Dated  1·29·07                    FEB 7 - 2007

At  Fortuna

City

BY: SAN FRANCISCO DISTRICT OFFICE

COMPLAINANT'S SIGNATURE  K. Beagle    FEB - 2007

BY: SAN FRANCISCO DISTRICT OFFICE

DFEH-300-01 (12/99)          SF:TB:pw          DATE FILED: **June 9, 2006**
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING          AMENDED DATE: Feb 7, 2006   STATE OF CALIFORNIA

Dear Jackie

I would like to add that the
supervisors at Rite Aid continued to
harrass me after Mr. Young admitted
to wrong doing and was fired. When
I brought my sick leave papers in
to be signed after being diagnosed
with Post Traumatic Stress Disorder
Cinda - supervisor - literally threw the
papers in my face and accused me
of forging the Doctors signature.
I was denied sick pay. I did report this to Chai
They have spread lies about me
throughout the community that have
been damaging to me and to my
children.

1.28.07

K. Beyle

# EXHIBIT B

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
CASE DIARY

Case #: E200506A1323 -00-s          Federal No.

| | |
|---|---|
| Complainant | BEAGLE, KIMBERLY |
| Respondent | RITE AID |

Complainant Representative                    Respondent Contact Person

Name                                         Name    Annmarie Liermann

Title                                        Title    Esq.

Firm                                         Company    Kelly, Herlihy & Klein LLP

Address                                      Address    44 Montgomery St., Ste. 2500

City                                         City    San Francisco

State        Zip                             State    CA    Zip    94104

Phone            Fax                         Phone    415-951-0535    Fax    415-391-7808

Complaint Filed    06/09/2006                PDS    08/11/2006

Served/Opening Letter    06/22/2006

                                             Return Receipt Received/Green Card    06/28/2006

150-Day Letter Sent    11/15/2006            Response Received    10/03/2006

240-Day Letter Sent    / /                   Response Received Extension Date    / /

365-Day Letter Sent    / /                   Response Reviewed w/Complainant    / /

CP Address/Change of Address                 14-day letter Sent    / /

| | | |
|---|---|---|
| Address  3430 HILLRAS | To Mediation   / / | To Legal    / / |
| City      FORTUNA | Returned        / / | Returned     / / |
| State     CA      Zip  95540- | HUD Letter     / / | Type of Letter |
| Home Phone   707-834-8091 | | |
| Msg Phone | | |

Total Case Processing Time    8.50

| DATE | CASE ACTIVITY | | |
|---|---|---|---|
| 05/10/2006 | Intake Interview | | |
| | User ID:    ABULLIVT | Time: | 2.00 |
| 06/26/2006 | Complaint Served | | |
| | User ID:    AWILLIAMP | Time: | 0.50 |
| 08/11/2006 | pds | | |
| | User ID:    ABULLIVT | Time: | 0.50 |
| 08/11/2006 | Rp said she will have response in by next week | | |
| | User ID:    ABULLIVT | Time: | 0.50 |
| 08/11/2006 | pds | | |
| | User ID:    ABULLIVT | Time: | 0.50 |

Continued Case Diary: E200506A1323                                                    Page   2

| DATE | CASE ACTIVITY | | | |
|------|---------------|---|---|---|
| 08/11/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/24/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/29/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/31/2006 | witness called | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/31/2006 | witness called | | | |
| | User ID: | ABULLIVT | Time: | 0.25 |
| 08/31/2006 | called rp/cp about PDS | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 09/07/2006 | messge for cps contact | | | |
| | User ID: | ABULLIVT | Time: | 0.25 |
| 09/08/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 09/08/2006 | settlement | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 12/08/2006 | prepare case for transfer | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |

Case Diary:     E200506A1323

## Case Time Break Down

| | |
|---|---|
| Intake | 2.00 |
| Investigation | 2.00 |
| Negotiation/Settlement | 4.00 |
| Caseload Management | 0.00 |
| Report Writing/Case Closure | 0.00 |
| Case Consultation | 0.00 |
| Clerical Activity | 0.50 |

DEPARTM ``` `` OF FAIR EMPLOYMENT AND HOUSIN `` `` ``
CASE DIARY

Case #:    E200506A1323 -00-s                        Federal No.

Complainant    BEAGLE, KIMBERLY
Respondent     RITE AID

Complainant Representative                  Respondent Contact Person

Name                                        Name    Annmarie Liermann

Title                                       Title    Esq.

Firm                                        Company    Kelly, Herlihy & Klein LLP

Address                                     Address    44 Montgomery St., Ste. 2500

City                                        City    San Francisco

State        Zip                            State  CA    Zip  94104

Phone              Fax                      Phone  415-951-0535      Fax      415-391-7808

Complaint Filed   06/09/2006                PDS   08/11/2006

Served/Opening Letter   06/22/2006
                                            Return Receipt Received/Green Card    06/28/2006

150-Day Letter Sent  11/15/2006             Response Received    10/03/2006

240-Day Letter Sent  02/05/2007             Response Received Extension Date        / /

365-Day Letter Sent   / /                   Response Reviewed w/Complainant   09/08/2006

CP Address/Change of Address                14-day letter Sent    02/20/2007

Address  3430 HILLRAS                       To Mediation     / /.        To Legal    / /
City     FORTJNA                            Returned         / /         Returned    / /
State    CA      Zip  95540-                 HUD Letter    / /      Type of Letter
Home Phone  707-834-8091
Msg Phone

Total Case Processing Time    44.50

| DATE | CASE ACTIVITY | | |
|------|---------------|---|---|
| 05/10/2006 | Intake Interview<br>User ID:    ABULLIVT | Time: | 2.00 |
| 06/26/2006 | Complaint Served<br>User ID:    AWILLIAMP | Time: | 0.50 |
| 08/11/2006 | pds<br>User ID:    ABULLIVT | Time: | 0.50 |
| 08/11/2006 | Rp said she will have response in by next week<br>User ID:    ABULLIVT | Time: | 0.50 |
| 08/11/2006 | pds<br>User ID:    ABULLIVT | Time: | 0.50 |

Continued Case Diary: E200506A1323

| DATE | CASE ACTIVITY | | | |
|------|---------------|---|---|---|
| 08/11/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/24/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/29/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/31/2006 | witness called | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 08/31/2006 | witness called | | | |
| | User ID: | ABULLIVT | Time: | 0.25 |
| 08/31/2006 | called rp/cp about PDS | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 09/07/2006 | messge for cps contact | | | |
| | User ID: | ABULLIVT | Time: | 0.25 |
| 09/08/2006 | pds | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 09/08/2006 | settlement | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 12/08/2006 | prepare case for transfer | | | |
| | User ID: | ABULLIVT | Time: | 0.50 |
| 12/20/2006 | left voice message with cp | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 12/22/2006 | telephone message to cp to go over response | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 12/27/2006 | voice message to cp | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 12/27/2006 | voice message to cp about going over the response | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 12/29/2006 | sent a letter to cp requesting additional information | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 01/02/2007 | reviewed cp's rebuttal | | | |
| | User ID: | AJONESJ | Time: | 1.50 |
| 01/02/2007 | letter to cp requesting additional information | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 01/11/2007 | telephone call to cp to get update on additional information | | | |
| | User ID: | AJONESJ | Time: | 0.25 |
| 01/11/2007 | voice message to respondents attorney | | | |
| | User ID: | AJONESJ | Time: | 0.25 |

| DATE | CASE ACTIVITY | | |
|------|------|------|------|
| 01/16/2007 | voice message to respondent's attorney | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/16/2007 | talked to respondents attorney requesting additional information | | |
| | User ID:      AJONESJ | Time:      0.75 | |
| 01/16/2007 | sent a letter to respondent's attorney requesting additional information | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/16/2007 | voice message to cp | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/16/2007 | v/m for rep. attorney | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/16/2007 | talked to rep attorney | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/16/2007 | processed and mailed request for add'l information | | |
| | User ID:      AJONESJ | Time:      1.00 | |
| 01/16/2007 | v/m for cp | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/18/2007 | voice message to cp to return call | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/18/2007 | voice message to respondent's attorney | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/18/2007 | v/m for cp | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/18/2007 | v/m for respondent's rep | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/19/2007 | attempt to contact cp's witness | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/19/2007 | interview witness for respondent | | |
| | User ID:      AJONESJ | Time:      1.25 | |
| 01/19/2007 | received cp's witness information | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/19/2007 | received and reviewed additional information from respondents attorney | | |
| | User ID:      AJONESJ | Time:      2.25 | |
| 01/19/2007 | v/m to cp's witness | | |
| | User ID:      AJONESJ | Time:      0.25 | |
| 01/19/2007 | interviewed witness | | |
| | User ID:      AJONESJ | Time:      2.25 | |
| 01/19/2007 | recieved witness for cp | | |
| | User ID:      AJONESJ | Time:      0.25 | |

| DATE | CASE ACTIVITY | | |
|---|---|---|---|
| 01/22/2007 | attempt made to contact cp's witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | spoke with cp's witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | made an attempt to contact cp's witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | spoke with witness for respondent<br>User ID:        AJONESJ | Time: | 0.50 |
| 01/22/2007 | spoke to respondent's attorney regarding additional information<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | spoke with cp's witness<br>User ID:        AJONESJ | Time: | 1.25 |
| 01/22/2007 | left voice message to cp<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | attempt to contact witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | v/m to witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | v/m to witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/22/2007 | interviewed witness<br>User ID:        AJONESJ | Time: | 0.50 |
| 01/22/2007 | talked to respondent rep<br>User ID:        AJONESJ | Time: | 0.50 |
| 01/22/2007 | interviewed witness<br>User ID:        AJONESJ | Time: | 1.00 |
| 01/22/2007 | v/m to cp<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/23/2007 | received and reviewed additional info<br>User ID:        AJONESJ | Time: | 1.00 |
| 01/25/2007 | sent amended complaint to cp<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/25/2007 | left voice messge to cp's witness<br>User ID:        AJONESJ | Time: | 0.25 |
| 01/25/2007 | interview cp's witness<br>User ID:        AJONESJ | Time: | 1.00 |
| 01/25/2007 | v/m to witness<br>User ID:        AJONESJ | Time: | 0.25 |

Continued Case Diary: E200506A1323

| DATE | CASE ACTIVITY | | |
|------|---------------|---|---|
| 01/25/2007 | interviewed witness<br>User ID:      AJONESJ | Time: | 0.75 |
| 01/30/2007 | received v/m from witness<br>User ID:      AJONESJ | Time: | 0.25 |
| 02/07/2007 | received and reviewed cp's amended complaint<br>User ID:      AJONESJ | Time: | 0.25 |
| 02/16/2007 | process and mailed amended complaint to cp<br>User ID:      AJONESJ | Time: | 0.75 |
| 02/20/2007 | reviewed cp rebuttal<br>User ID:      AJONESJ | Time: | 2.00 |
| 02/20/2007 | 14-day letter processed and sent<br>User ID:      AJONESJ | Time: | 2.25 |
| 02/26/2007 | consultant w/cp<br>User ID:      AJONESJ | Time: | 1.25 |
| 02/27/2007 | cp respond to 14-day letter<br>User ID:      AJONESJ | Time: | 0.50 |
| 03/06/2007 | received and reviewed additional information from cp<br>User ID:      AJONESJ | Time: | 1.00 |
| 03/12/2007 | re'vd response received to 14-day letter<br>User ID:      AJONESJ | Time: | 0.75 |
| 03/12/2007 | t/c to witness in response to rebuttal of 14-day letter<br>User ID:      AJONESJ | Time: | 0.50 |
| 03/12/2007 | t/c to attorney of respondent<br>User ID:      AJONESJ | Time: | 0.25 |
| 03/12/2007 | sent letter of thanks to witness of cp<br>User ID:      AJONESJ | Time: | 0.25 |
| 03/12/2007 | talked to respondent rep<br>User ID:      AJONESJ | Time: | 0.25 |
| 03/12/2007 | interviewed witness<br>User ID:      AJONESJ | Time: | 1.00 |
| 03/12/2007 | process letter to cp's therapist<br>User ID:      AJONESJ | Time: | 0.25 |
| 03/12/2007 | interviewed witness<br>User ID:      AJONESJ | Time: | 0.50 |

Case Diary:    E200506A1323

## Case Time Break Down

| | |
|---|---|
| Intake | 2.00 |
| Investigation | 38.00 |
| Negotiation/Settlement | 4.00 |
| Caseload Management | 0.00 |
| Report Writing/Case Closure | 0.00 |
| Case Consultation | 0.00 |
| Clerical Activity | 0.50 |

# EXHIBIT C

**\* \* \* EMPLOYMENT \* \* \***

| | | |
|---|---|---|
| **COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT** | DFEH # | E200506 A-1323-00-s |
| | EEOC # | N/A |

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974.

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
**Beagle, Kimberly  (Ms.)**

| ADDRESS | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|
| 3430 Hillras | | | (707) 725-1634 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Fortuna | CA | 95540 | Humboldt | 023 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
**Rite Aid**

| ADDRESS | | | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|---|---|
| 725 Fortuna Blvd. | | | (707) 725-9314 |

| CITY | STATE | ZIP | COUNTY | COUNTY CODE |
|---|---|---|---|---|
| Fortuna | CA | 95540 | Humboldt | 023 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])
☐ RACE   ☑ SEX   ☐ DISABILITY   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY   ☐ DENIAL OF FAMILY/MEDICAL LEAVE   ☐ SEXUAL ORIENTATION
☐ COLOR   ☐ AGE   ☐ MARITAL STATUS   ☐ MEDICAL CONDITION (cancer or genetic characteristics)   ☐ OTHER (SPECIFY) _____

| NO. OF EMPLOYEES/MEMBERS | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT CODE |
|---|---|---|
| 50,000 | TOOK PLACE (month, day, and year) 07/06/05 | 59 |

THE PARTICULARS ARE:

I.   During the course of my employment as a Sales Clerk at Rite Aide, I was sexually harassed by Supervisor Chris Young.  The last incident occurred on or about July 6, 2005.

II.   I believe I was sexually harassed, which is discrimination on the basis of sex, female.  My belief is based on the following:

A.   From approximately February 1, 2005, to July 6, 2005, I was sexually harassed by Supervisor Chris Young.  The harassment was of a verbal and physical nature.  The harassment created a hostile work environment.

B.   The unwanted sexual advances were witnessed by several co-workers. (names on file with DFEH)

C.   Mr. Young admitted to the harassment.   In August 2005, I believe that he may have been terminated after an investigation of harassment allegations by me and other co-workers.

D.)  In July 2005, I resisted the sexual harassment of Chris Young, by telling him, "you can't do that", after he put his face between my legs.
*wrong*

# EMPLOYMENT

| | | |
|---|---|---|
| **COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT** | DFEH # | E200506 A-1323-00-s |
| | EEOC # | N/A |

COMPLAINANT'S NAME(S) (indicate Mr. or Ms.)

**Beagle, Kimberly (Ms.)**

RESPONDENT'S NAME

**Rite Aid**

THE PARTICULARS ARE:

     E.  In July 2005, I reported the sexual harassment of Chris Young, to the Store Manager Leon Comerer.

Page 2 of 2

Typed and mailed for signature on 06/24/06

☐  I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.**

Dated    5·31·06

At    Fortuna

         City

COMPLAINANT'S SIGNATURE

DFEH-300-01 (06/97)         SF:TB:pw

DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED: June 9, 2006

STATE OF CALIFORNIA

# EXHIBIT D

3·4·07

In response to the letter I received
stating that Rite Aid did nothing wrong
and that I engaged in horseplay with
Chris Young, I would like to bring to
light some facts to dispute these statements.
First of all I did not engage in
horseplay with Chris or anyone else at
Rite Aid. Rite Aid says my coworkers say
different but I challenge them to prove
who made these statements and what
excactly did they hear or see me do?
Also if I did encourage him to do
this to me why did they fire him
and why wasn't I repremanded?
After Chris was fired certain members
of management and coworkers continued
to harrass me. In August following
the attack on me I went to Rite Aid in
Fortuna to pick up my sick pay paperwork.
I had been advised by my doctor and
union rep to avoid the distress of
going into the store so I set in the
car while my son and friend went
in to retrieve the papers. Supervisor
Cinda Hussey came out of the store
to the car with the paperwork - which
my doctor had signed and began
questioning me about the doctors
signature saying that it looked
suspicious and demanded to know
who the doctor was and where
he was located. When I stated
that the signature was not

forged and asked her to please give me the papers. She crumpled them up and threw them through the window at me hitting me in the face. Matt Hudson was a witness. I also reported it to my union rep. Ernie Boehm.

A former employee, Kathy Piers told me that Leon Comener - the Store manager at the time of this incident told the employees at the store and at the Eureka Store that Rite Aid was forcing him to quit because I was pressing Sexual harassment charges against him as well. This caused all of management and coworkers to turn against me. I never threatened him in any way with harassment charges. You can call Kathy and verify this. Her number is 707-498-9011. Several of my coworkers showed me support until Leon intruded with these lies.

I have been diagnosed with Post Traumatic Stress Disorder directly caused by this attack and chain of events. A fact I can prove through my medical records.

This has caused me so much stress and anxiety and humiliation.

The fact that my union rep advised me not to return to work at

03/06/2007  15:01    7077256541    HORIZON BUSINESS PRO    PAGE    04

the Fortuna Store because of
the hostility proves the ongoing
harassment against me.

I have outstanding medical
bills including physical therapy
and counseling that Rite Aid
is responsible for. I feel Rite Aid
should take care of these bills
and ongoing therapy. I still
suffer from extreme anxiety and
depression.

In conclusion I would like
to say that I enjoyed my
work at Rite Aid. I was employed
for over seven years. If Rite Aid
was willing to take care of my
medical bills and therapy as well
as reinstate my employment at the
Eureka Store I would find this an
acceptable solution.

Sincerely K. Beagle