MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706

Attorneys for Plaintiff, Kimberly Beagle

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY BEAGLE,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,**<br><br>　　Defendants. | Case No.: CV08-1517-PJH<br><br>[PROPOSED] ORDER DENYING DEFENDANT, RITE AID'S MOTION TO DISMISS DISABILITY HARASSMENT CAUSE OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Date: Wednesday, June 4, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 17th Floor |

　　Defendant, RITE AID'S motion to dismiss Plaintiff, KIMBERLY BEAGLE'S second cause of action for disability harassment for lack of subject matter jurisdiction came on regularly for hearing on June 4, 2007 before the Honorably Phyllis A. Hamilton. Mark S. Adams, Esq. of Mayall, Hurley, Knutsen, Smith & Green appeared on behalf of Plaintiff, KIMBERLY BEAGLE. Annmarie M. Liermann, Esq. of Kelly, Hockel & Klein, P.C. appeared on behalf of Defendant, RITE AID.

　　The court having considered the papers filed in support of and in opposition of the motion, the arguments of counsel at the hearing on the motion, the pleading on file in this action,

///

---

[PROPOSED] ORDER
Page 1 of 2

Case No.: CV08-1517-PJH

1  and GOOD CAUSE APPEARING THEREFORE, makes the following order:

2      Defendant's motion to dismiss Plaintiff's second cause of action for disability harassment

3  is hereby DENIED.

4      IT IS SO ORDERED.

5

6  DATED:                                                   JUDGE, PHYLLIS A. HAMILTON

7                                                             Judge of the United States District Court,
Northern District of California

28  [PROPOSED] ORDER                                                    Case No.: CV08-1517-PJH
Page 2 of 2