UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:  June 4, 2008**                                                        **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-08-1517  PJH**

**Case Name: Kimberly Beagle v. Rite Aide Corporation**

**Attorney(s) for Plaintiff:**         Mark Stephen
**Attorney(s) for Defendant:**      AnnMarie M. Liermann

**Deputy Clerk**:  Nichole Heuerman                **Court Reporter**: Sahar McVickar

**PROCEEDINGS**

    Defendant's Motion to Dismiss-GRANTED as stated on the record.  Defense counsel to prepare order and submit to the court for review and signature.

**Order to be prepared by:**   [] Pl [x] Def  []  Court

**Notes:**

**cc:** chambers file