JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No.: CV08-1517-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT RITE AID'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(b)(1))<br><br>Date: Wednesday, June 4, 2008<br>Time: 9:00 a.m.<br>Dept.: Courtroom 3, 17th Floor |

On June 4, 2008, the motion of Defendant Rite Aid Corporation ("Rite Aid") to dismiss the disability harassment cause of action (the Second Cause of Action) in the complaint filed by Plaintiff Kimberly Beagle ("Plaintiff") came on regularly for hearing before the Honorable Phyllis A. Hamilton. Mark Adams, Esq. of Mayall, Hurley, Knutsen, Smith & Green appeared on behalf of Plaintiff. Annmarie M. Liermann, Esq. of Kelly, Hockel & Klein, P.C. appeared on behalf of Defendant.

The Court having considered the papers filed in support of and in opposition to the motion, the arguments of counsel at the hearing on the motion, and the pleadings on file in this action, makes the following order:

1  Defendant's motion to dismiss Plaintiff's disability harassment claim (the
2  Second Cause of Action) is hereby GRANTED with prejudice.  The Court lacks
3  jurisdiction over the disability harassment cause of action because Plaintiff
4  failed to exhaust her administrative remedies as to that claim.

6  IT IS SO ORDERED.

9  DATED: 6/5/08

_____
Judge Phyllis J. Hamilton
United States District Court,
Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*