JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>Defendants. | Case No.: CV08-1517-PJH<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Date: Thursday, June 26, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom 3, 17th Floor |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

1  DATED: June 5, 2008
2
3                                    /s/Kimberly Beagle
                                     Kimberly Beagle
4
5
6  DATED: June 5, 2008              MAYALL, HURLEY, KNUTSEN,
                                    SMITH & GREEN
7
8                                    /s/ Mark S. Adams
                                     MARK S. ADAMS
9                                    DAVID D. CHENG
                                     Attorneys for Plaintiff
10                                   KIMBERLY BEAGLE
11
12 DATED: June __, 2008
13
14                                   _____
                                     Ron Chima
15                                   Associate Counsel for Defendant
                                     RITE AID CORPORATION
16
17
18 DATED: June 5, 2008              KELLY, HOCKEL & KLEIN P.C.
19
20                                   /s/ Annmarie M. Liermann
                                     JONATHAN ALLAN KLEIN
21                                   ANNMARIE M. LIERMANN
                                     Attorneys for Defendant
22                                   RITE AID CORPORATION
23
24
25
26
27
28

ADR CERTIFICATION                                              CASE NO. CV-08-1517-PJH

2

1  DATED: June ___, 2008

2

3
                                            _____
4                                           Kimberly Beagle

5
   DATED: June ___, 2008                    MAYALL, HURLEY, KNUTSEN,
6                                           SMITH & GREEN

7

8                                           /s/ Mark S. Adams
                                            _____
9                                           MARK S. ADAMS
                                            DAVID D. CHENG
10                                          Attorneys for Plaintiff
                                            KIMBERLY BEAGLE
11

12 DATED: June 5, 2008

13
                                            _____
14                                          Ron Chima
                                            Associate Counsel for Defendant
15                                          RITE AID CORPORATION

16

17

18 DATED: June ___, 2008                    KELLY, HOCKEL & KLEIN P.C.

19

20                                          /s/ Annmarie M. Liermann
                                            _____
                                            JONATHAN ALLAN KLEIN
21                                          ANNMARIE M. LIERMANN
                                            Attorneys for Defendant
22                                          RITE AID CORPORATION

23

24

25

26

27

28