JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE, <br><br> Plaintiff, <br><br> vs. <br><br> RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE, <br><br> Defendants. | Case No.: CV08-1517-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Date: Thursday, June 26, 2008 <br> Time: 2:30 p.m. <br> Dept.: Courtroom 3, 17th Floor |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: private mediation.

/ / /
/ / /

1  The parties agree to hold the ADR session by: 180 days from the date of
2  the ADR order.

5  DATED: June 5, 2008                    MAYALL, HURLEY, KNUTSEN,
                                          SMITH & GREEN

7                                         /s/ Mark S. Adams
8                                         MARK S. ADAMS
                                          DAVID D. CHENG
9                                         Attorneys for Plaintiff
10                                        KIMBERLY BEAGLE

13 DATED: June 5, 2008                    KELLY, HOCKEL & KLEIN P.C.

15                                        /s/ Annmarie M. Liermann
                                          JONATHAN ALLAN KLEIN
16                                        ANNMARIE M. LIERMANN
                                          Attorneys for Defendant
17                                        RITE AID CORPORATION