MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706
**Attorneys for Plaintiff, Kimberly Beagle**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY BEAGLE,**<br><br>    Plaintiff,<br><br>vs.<br><br>**RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,**<br><br>    Defendants. | Case No.: CV08-1517-PJH<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (CMC) TO AUGUST 14, 2008** |

IT IS HEREBY STIPULATED by and between the parties hereto that the Initial Case Management Conference (CMC) set for June 26, 2008 in the above entitled matter is continued to August 14, 2008 due to the unavailability of lead counsel for both parties on the June 26, 2008 date.

IT IS FURTHER STIPULATED that the Rule 26(a)(1) Initial Disclosure are due and must be served no later than June 27, 2008. All other deadlines are continued according to the court's Order Setting Initial Case Management Conference and ADR Deadlines with the Joint Case Management Statement, as well as the Rule 26(f) Report due August 7, 2008.

DATED: June 16, 2008         MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

                             By: /s/ Mark S. Adams
                                 MARK S. ADAMS, ESQ.
                                 Attorneys for Plaintiff,
                                 KIMBERLY BEAGLE

DATED: June 16, 2008             KELLY, HOCKEL & KLEIN P.C.

                                 By: _____
                                     ANNEMARIE LIERMANN, ESQ.
                                     Attorneys for Defendant,
                                     RITE AID CORPORATION

## ORDER

Good cause appearing therefore,

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

DATED:_____            _____
                                 PHYLLIS J. HAMILTON
                                 United States District Judge