|     |     |
| --- | --- |
| 1   | MAYALL, HURLEY, KNUTSEN, SMITH & GREEN |
|     | A Professional Corporation |
| 2   | 2453 Grand Canal Boulevard, Second Floor |
|     | Stockton, California 95207-8253 |
| 3   | Telephone (209) 477-3833 |
|     | MARK S. ADAMS, ESQ. |
| 4   | CA State Bar No. 78706 |
|     | **Attorneys for Plaintiff, Kimberly Beagle** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
| --- | --- |
| **KIMBERLY BEAGLE,** | Case No.: CV08-1517-PJH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (CMC) TO AUGUST 14, 2008** |
| vs. | |
| **RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,** | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto that the Initial Case Management Conference (CMC) set for June 26, 2008 in the above entitled matter is continued to August 14, 2008 due to the unavailability of lead counsel for both parties on the June 26, 2008 date.

IT IS FURTHER STIPULATED that the Rule 26(a)(1) Initial Disclosure are due and must be served no later than June 27, 2008. All other deadlines are continued according to the court's Order Setting Initial Case Management Conference and ADR Deadlines with the Joint Case Management Statement, as well as the Rule 26(f) Report due August 7, 2008.

DATED: June 16, 2008        MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

By: _/s/ Mark S. Adams_
MARK S. ADAMS, ESQ.
Attorneys for Plaintiff,
KIMBERLY BEAGLE

1  DATED: June 16, 2008        KELLY, HOCKEL & KLEIN P.C.

2                              By: _____
3                                  ANNEMARIE LIERMANN, ESQ.
                                   Attorneys for Defendant,
4                                  RITE AID CORPORATION

5

6                              ORDER

7  Good cause appearing therefore,

8  THE FOREGOING STIPULATION IS APPROVED AND

9  IT IS SO ORDERED.

10 DATED: 6/18/08              _____
11                             PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)