MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS, ESQ.
CA State Bar No. 78706
KIMBERLY D. WILLY, ESQ.
CA State Bar No. 190433
**Attorneys for Plaintiff, Kimberly Beagle**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY BEAGLE,

    Plaintiff,

vs.

RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive,

    Defendants.

Case No.: CV08-1517-PJH

**PLAINTIFF'S RULE 26(f) REPORT**

    Plaintiff, KIMBERLY BEAGLE (hereinafter, BEAGLE) through counsel of record herein, Mark S. Adams and Kimberly D. Willy of Mayall, Hurley, Knutsen, Smith & Green hereby submits her Rule 26(f) Report pursuant to the Federal Rules of Civil Procedure, Rule 26(f).

A.    Plaintiff does not request any changes to the timing, form or requirement for disclosures under Rule 26(a). The parties exchanged their Rule 26(a) Initial Disclosure on June 27, 2008.

B.    Discovery should be completed in approximately 10 months. Plaintiff intends to depose Chris Young, Leon Comerer and Steve Shipman, as well as other witnesses to the harassment, discrimination retaliation, invasion of privacy, assault, battery, or sexual assault and battery suffered by Plaintiff. Plaintiff further intends to server written discovery, including interrogatories, request for production and request for admissions on Defendant, Rite Aid.

1  C. At this time, Plaintiff is unaware of any discovery that she is required or would be asked to produce that was electronically stored. Plaintiff's counsel has been advised that Defendant, RITE AID may have electronically stored information related to Plaintiff's invasion of privacy cause of action.

D. At this time, Plaintiff is not aware of any issues about claims of privilege or of protection of trial-preparation materials.

E. Plaintiff requests that the court impose a non-expert discovery cut-off date, as well as an expert discovery cut-off date, and permit the parties to exchange a supplemental designation of experts after the initial designation.

F. Plaintiff does not currently seek any protective orders under rule 26(c). Plaintiff seeks the discovery, motion and pretrial disclosure schedule contained in the Joint Case Management Conference Statement.

DATED: July 28, 2008

MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

By: _____
MARK S. ADAMS, ESQ.
Attorneys for Plaintiff,
KIMBERLY BEAGLE