JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIMBERLY BEAGLE, | Case No. CV08-1517-PJH |
|---|---|
| Plaintiff, | **DEFENDANT'S RULE 26(F) REPORT** |
| vs. | |
| RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE, | Date: Thursday, August 14, 2008<br>Time: 2:30 p.m. |
| Defendants. | Dept.: Courtroom 3, 17th Floor |

   Defendant Rite Aid Corporation (hereinafter "Rite Aid") hereby makes the following report pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f), following the conference of counsel:

   (1) Disclosures were made June 27, 2008, without any changes as to form.

   (2) Discovery is needed on the issues of Plaintiff's alleged harassment, battery, and assault, injuries (both physical and mental), and damages. The parties have stipulated to a non-expert discovery cut-off date of May 15, 2009.

   (3) No changes should be made now in the limitations on discovery imposed by the FRCP.

1     (4)    The parties know of no other orders that should be entered by the
2 Court at this time.

3

4 DATED: August 6, 2008            KELLY, HOCKEL & KLEIN P.C.

5

6                                   /s/ Annmarie M. Liermann
                                   JONATHAN ALLAN KLEIN
7                                   ANNMARIE M. LIERMANN
                                   Attorneys for Defendant
8                                   RITE AID CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RULE 26(F) REPORT                                                    CASE NO. CV-08-1517-PJH