JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>    Plaintiff,<br><br>  vs.<br><br>RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | Case No.: CV08-1517-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Date: Thursday, June 26, 2008<br>Time: 2:30 p.m.<br>Dept.: Courtroom 3, 17th Floor |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in the following ADR process: private mediation.

/ / /
/ / /

1  The parties agree to hold the ADR session by: 180 days from the date of
2  the ADR order.

5  DATED: June 5, 2008                MAYALL, HURLEY, KNUTSEN,
                                      SMITH & GREEN

7                                     /s/ Mark S. Adams
8                                     MARK S. ADAMS
                                      DAVID D. CHENG
9                                     Attorneys for Plaintiff
10                                    KIMBERLY BEAGLE

13 DATED: June 5, 2008                KELLY, HOCKEL & KLEIN P.C.

15                                    /s/ Annmarie M. Liermann
                                      JONATHAN ALLAN KLEIN
16                                    ANNMARIE M. LIERMANN
                                      Attorneys for Defendant
17                                    RITE AID CORPORATION

8/7/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA