UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 14, 2008                                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1517 PJH

**Case Name:** Kimberly Beagle v. Rite Aid Corporation

**Attorney(s) for Plaintiff:**       Mark S. Adams
**Attorney(s) for Defendant:**       Jonathan Klein

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

### PROCEEDINGS

    Initial Case Management Conference-Held.  The parties have already been referred to mediation.  The court informs the parties that they need to meet and confer with clients regarding consenting to a magistrate judge for all purposes and inform the court in writing within one week if they will or will not consent.  Any motion to amend shall be filed by 9/17/08.  The court sets a pretrial schedule.


**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 7/15/09**
**Expert disclosure: 7/22/09**
**Expert discovery cutoff: 8/31/09**
**Motions heard by: 9/16/09**
**Pretrial Conference: 12/10/09**
**Trial: 1/25/2010  at  8:30 a.m., for  days, by [] Jury  []  Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: file**