LAW OFFICES
# MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

A PROFESSIONAL CORPORATION

2453 GRAND CANAL BOULEVARD
STOCKTON, CALIFORNIA 95207-8253

FAX (209) 473-4818
TELEPHONE (209) 477-3833

WILLIAM W. HALE
MARK STEPHEN ADAMS
J. ANTHONY ABBOTT
VLADIMIR F. KOZINA
STEVEN A. MALCOUN
MARK E. BERRY
WILLIAM J. GORHAM III
JEFFREY B. SETNESS
DAVID D. CHENG
JESSE D. PHILLIPS
RANDO A. RODRIGUEZ
NICOLE C. DOMINGUEZ
JESMIN N. ALAM

August 18, 2008

E-Filed
U.S. District Court
Attention Judge Phyllis J. Hamilton
450 Golden Gate Avenue, 17th Fl.
San Francisco, CA 94102

    RE: <u>Kimberly Beagle v. Rite Aid Corporation, et al.</u>
        **Case No.: CV08-1517-PJH**

Dear Judge Hamilton:

    After conferring with Ms. Beagle, she does not stipulate to sending the case to a Magistrate Judge.

        Sincerely,

        MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

        By _____
            MARK S. ADAMS

\lmsa

cc. Mr. Jonathan Klein Esq.