NORTHERN CALIFORNIA

TELEPHONE (415) 951-0535
FACSIMILE (415) 391-7808
WWW.KHKLAW.COM

**KELLY, HOCKEL & KLEIN P.C.**
ATTORNEYS AT LAW
44 MONTGOMERY STREET
SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104-4602

SOUTHERN CALIFORNIA

11500 OLYMPIC BLVD., SUITE 400
LOS ANGELES, CA 90064-1528
TELEPHONE (310) 312-4535
FACSIMILE (310) 312-4551

ANNMARIE M. LIERMANN

August 18, 2008

Honorable Phyllis J. Hamilton
U.S. District Court, Northern District of California
450 Golden Gate Ave., 17th Fl.
San Francisco, CA 94102

Re:    *Beagle v. Rite Aid*
       U.S.D.C., Northern District of Cal., Case No. CV 08 1517

Dear Judge Hamilton:

Per your order at the case management conference, we have once
again asked our client, Defendant Rite Aid, whether it will consent to have this
matter heard by a magistrate. Once again, Rite Aid declines to so consent.
Thank you for your attention to this matter.

Very truly yours,

Annmarie M. Liermann

Cc:    Mark S. Adams, Esq., counsel for Plaintiff Kimberly Beagle