UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY BEAGLE,

        Plaintiff,                      No. C 08-1517 PJH

    v.                                 **ORDER OF REFERENCE**
                                       **TO MAGISTRATE JUDGE**
RITE AID CORPORATION,

        Defendant.
_____/

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendant's motion for order of mental examination, and for all further discovery.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 11, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J, counsel of record