**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY BEAGLE,

    Plaintiff,

  v.

RITE AID CORPORATION,

    Defendants.
                                   /

No. 08-01517 (PJH) EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On June 29, 2009, Plaintiff's counsel filed a request to appear telephonically at the hearing on Defendant's Motion for Mental Examination set for July 9, 2009 at 1:30 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: June 30, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge