1  MAYALL, HURLEY, KNUTSEN, SMITH & GREEN
   A Professional Corporation
2  2453 Grand Canal Boulevard, Second Floor
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK S. ADAMS, ESQ.
4  CA State Bar No. 78706
   Attorneys for Plaintiff, Kimberly Beagle

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE, | Case No.: CV081517 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT OFF TO CONDUCT DEPOSITIONS OF FARNUM, FAIRMAN AND RITE AID EMPLOYEE WHO WROTE "TERMED" |
| vs. | |
| RITE AID CORPORATION, a corporation; and DOES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto that the discovery cut off date of July 15, 2009 is continued to July 27, 2009 for the limited purpose of conducting the depositions of Larry Farnum, Joe Fairman, and the RITE AID employee or affiliate who wrote the word, "termed" next to Leon Comerer's name on the document produced by RITE AID, numbered RAD 0739. It is necessary to continue the discovery cut off for this limited purpose because of scheduling conflicts and in order to accommodate the limited availability of the witnesses and counsel for the Plaintiff who was not available on the date offered by the defense. Magistrate Laporte already extended the discovery cut off to July 21, 2009 for the limited purpose of Defendant's mental examination of Plaintiff.

DATED: July 13, 2009         MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

                             By: /s/ Robert J. Wasserman for
                                 MARK S. ADAMS, ESQ.

Stipulation And Order To Continue Discovery Cut Off                Case No. CV08-1517-PJH
Page 1 of 2

                                                Attorneys for Plaintiff,
KIMBERLY BEAGLE

DATED: July 13, 2009         **KELLY, HOCKEL & KLEIN P.C.**

By: _____
    ANNEMARIE LIERMANN, ESQ.
    Attorneys for Defendant,
    RITE AID CORPORATION

### ORDER

Good cause appearing therefore,

THE FOREGOING STIPULATION IS APPROVED AND

IT IS SO ORDERED.     NO OTHER DATES WILL BE ENLARGED.

DATED: 7/14/09



PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation And Order To Continue Discovery Cut Off          Case No. CV08-1517-PJH
Page 2 of 2