JONATHAN ALLAN KLEIN (SBN 162071)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HOCKEL & KLEIN P.C.
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
RITE AID CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BEAGLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION; and DOES 1 TO 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CV08-1517-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF** |

Plaintiff Kimberly Beagle and Defendant Rite Aid Corporation, by and through their counsel of record, hereby stipulate to the following:

1.　The parties agree to extend the expert discovery cut-off, presently ordered for August 31, 2009, to October 16, 2009.

2.　The Court will hear Rite Aid's motion for summary judgment on September 16, 2009.

3.　Both sides have disclosed expert witnesses.

4.　Trial in this case is set for January 25, 2010.

5.　Good cause supports the extension of the expert discovery cut-off to October 16, 2009. With the current expert discovery cut-off date, the parties would need to depose each other's expert witness prior to the ruling on the

1  motion for summary judgment. Furthermore, on August 12, 2009, the parties
2  exchanged lengthy reports by their experts; with the present expert discovery
3  cut-off date, the parties would need to study the reports in preparation for the
4  depositions while at the same time focusing on the pending summary judgment
5  motion. Extending the cut-off to October 16, 2009 still gives the parties more
6  than three months to prepare for trial and allows counsel to depose the experts
7  after the summary judgment motion.
8        IT IS SO STIPULATED.

9  DATED: August 26, 2009                MAYALL, HURLEY, KNUTSEN,
10                                       SMITH & GREEN

11

12                                       _____
13                                       MARK S. ADAMS
14                                       KIMBERLY WILLY
                                         Attorneys for Plaintiff
15                                       KIMBERLY BEAGLE

16 DATED: August 24, 2009                KELLY, HOCKEL & KLEIN P.C.
17
                                         /s/ Annmarie M. Liermann
18                                       JONATHAN ALLAN KLEIN
                                         ANNMARIE M. LIERMANN
19                                       Attorneys for Defendant
20                                       RITE AID CORPORATION

21        IT IS SO ORDERED that the expert discovery cut-off of August 31,
22 2009 is hereby extended to October 16, 2009.
23

24

25 DATED:  8/31/09
                                         _____
26                                       Judge Phyllis A. Hamilton
                                         Judge of the United States District Court,
27                                       Northern District of California

28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*