UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY BEAGLE,

       Plaintiff,                             No. C 08-1517 PJH

    v.                                   **ORDER OF REFERENCE**
                                       **TO MAGISTRATE JUDGE**

RITE AID CORPORATION,

       Defendant.
_____/

    The court is in the process of reviewing the pretrial filings in preparation for the December 10, 2009 pretrial conference and is of the opinion that the parties could benefit from a further settlement conference before that conference.  Accordingly this matter is referred for a further settlement conference with Magistrate Judge James, whom the court has confirmed is available for such conference on **Wednesday December 2, 2009 at 10:00 a.m.**  Attendance is mandatory.

**IT IS SO ORDERED.**

Dated:  November 25, 2009

                                                             _____
                                                             PHYLLIS J. HAMILTON
                                                             United States District Judge

cc: Wings, Magistrate Judge James