LAW OFFICES
# MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

A PROFESSIONAL CORPORATION

2453 GRAND CANAL BOULEVARD
STOCKTON, CALIFORNIA 95207-8253

FAX (209) 473-4818
TELEPHONE (209) 477-3833

WILLIAM W. HALE
MARK STEPHEN ADAMS
J. ANTHONY ABBOTT
VLADIMIR F. KOZINA
STEVEN A. MALCOUN
MARK E. BERRY
WILLIAM J. GORHAM III
JEFFREY B. SETNESS
RANDO A. RODRIGUEZ
JESMIN N. ALAM
ROBERT J. WASSERMAN
JOHANNE C. MEDINA
DENNIS S. LUCEY
BRENT Y. JO
NICHOLAS J. SCARDIGLI
PAUL A. KOZINA

November 25, 2009

E-Filed
U.S. District Court
Attention Judge Phyllis J. Hamilton
450 Golden Gate Avenue, 17th Fl.
San Francisco, CA  94102

  RE: <u>Kimberly Beagle v. Rite Aid Corporation, et al.</u>
    **Case No.: CV08-1517-PJH**

Dear Judge Hamilton:

  I just received the Court's order of today and felt compelled to provide an update to the court.
  The parties engaged in informal settlement discussions this week that ended yesterday after again reaching an impasse.
  Plaintiff no longer feels court assistance would be helpful in reaching resolution. Moreover, my client is in Eureka and works at Kohl's a large retailer. I can appear but I request that she be permitted to appear by phone. I have her complete authority to resolve this matter.
  Mr. Klein's client is in Pennsylvania as well. Upon such short notice, my client missing work during the Christmas rush may cost her a job that she cannot afford to lose at a very inopportune time, Christmas.

        Sincerely,

        MAYALL, HURLEY, KNUTSEN, SMITH & GREEN

        By_____
          MARK S. ADAMS

\lmsa

cc. Mr. Jonathan Klein Esq.

    CLIENTS MAY BE ON TELEPHONE STANDBY.



IT IS SO ORDERED
Judge Phyllis J. Hamilton